Ivo SKIPWORTH, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 6, 1955.

COMMONWEALTH of Kentucky ex rel. Robert H. ALLPHIN, Commissioner of Revenue, Appellant,

v.

HEAVEN HILL DISTILLERIES, Inc., Appellee.

Court of Appeals of Kentucky.

May 6, 1955.

---

S. A. Cary, Burkesville, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., Paul Carter, Commonwealth's Atty., Tompkinsville, Ky., John S. Cary, County Atty., Burkesville, for appellee.

PER CURIAM.

We are affirming the judgment in this case imposing upon the appellant a $40 fine and a sentence of 60 days in jail for a second offense of possessing intoxicating beverages for the purpose of sale. KRS 242.230. There is no showing that the search warrant which led to his arrest was not executed validly.

The motion for an appeal is overruled, and the judgment is affirmed.